# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0129.  STEVEN M. RENTZ et al. v. DENNIS BRUCE RENTZ AS EXECUTOR et al.**

This is the second appearance of these parties before this Court. See *Rentz v. Rentz*, 339 Ga. App. 66 (793 SE2d 112) (2016). On remand, the superior court denied Steven M. Rentz et al.'s motion to dismiss and granted an interlocutory injunction.[1] The grant or denial of an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Haygood v. Tilley*, 295 Ga. App. 90 n. 1 (670 SE2d 800) (2008). This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). It appears that the applicants have not filed a notice of appeal; therefore, this application is GRANTED. The applicants shall have ten days from the date of this order to file

---

[1] Although this Court remanded the case to the superior court to consider whether to issue a temporary restraining order and the superior court's order is styled as a "Temporary Restraining Order," the order was issued following a hearing in which both parties appeared. The order provides that the probate court is "enjoined and restrained from conducting further proceedings . . . or enforcing" its prior order "until contrary directive" from the superior court. Where a trial court enters an injunction after a lengthy adversary hearing and grants all of the relief sought, "the trial court's order is equivalent to an interlocutory injunction" and is subject to direct appeal. *Glynn County Bd. of Tax Assessors v. Haller*, 273 Ga. 649, 649-650 (2) (543 SE2d 699) (2001). Compare OCGA § 9-11-65 (b) (a temporary restraining order granted without notice "shall expire by its terms within such time after entry, *not to exceed 30 days*, as the court fixes . . .) (emphasis supplied).

a notice of appeal in the superior court. The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/07/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*_____ , Clerk.*